BEFORE THE SECOND DIVISION, DECEMBER 14, 1966

**No. P66/368.**—Terra International Co., Ltd., et al. *v.* United States, protests 62/7582, etc. (Los Angeles).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hose nozzles

similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiffs was sustained.